Gregory J. Doan Bar# 165174
Doan Law Offices, LLP
635 Camino De Los Mares, Suite 100
San Clemente, CA 92673
Tel: (949) 472-0600
Fax: (949) 472-5441

Attorneys for Carl Anthony Thomas
and Yulanda Erdie Evette Thomas

FILED MAY 1 3 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

ENTERED MAY 1 4 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

Carl Anthony Thomas and
Yulanda Erdie Evette Thomas

Debtor.

) Case No. 6:09-bk-15488-TD
)
) ORDER STRIPPING LIEN OF HSBC
) FINANCE CORPORATION/BENEFICIAL
) ON REAL PROPERTY
)
)
) Date: 05/07/2009
) Time: 1:30 PM
) Court: 303
)
)
)
)

On May 7, 2009, at 1:30 PM, the motion of the debtors, Carl Anthony Thomas and Yulanda Erdie Evette Thomas, for an Order stripping the lien of HSBC Finance Corporation/Beneficial on the debtor's personal residence at 12193 Wind River Circle, Moreno Valley, California came on regularly for hearing. Judge Donovan's preliminary ruling required that no appearance by the debtor's attorney of record was necessary. There was no

1  appearance by any other party, nor was any opposition to the
2  debtor's motion filed with the Court.
3      The HSBC Finance Corporation/Beneficial lien and claim are
4  described as follows: Promissory Note, dated 07/03/2007, in the
5  original principal amount of $ 53,825.62; and Deed of Trust
6  recorded on 07/06/2007, as Document # 2007-044-2301, in the
7  Office of the Recorder of the County of Riverside, CA.
8      Based upon findings of fact and conclusions of law stated
9  orally and recorded in open court pursuant to Fed. R. Civ. P.
10 52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made
11 applicable to contested matters by Fed. R. Bankr. P. 9014(c), it
12 is:
13     ORDERED that the lien and claim of HSBC Finance
14 Corporation/Beneficial, as described above, are determined to be
15 completely unsecured in this Chapter 13 case; and it is further,
16     ORDERED that upon completion of all plan payments and entry
17 of a discharge in this case pursuant to 11 U.S.C. §1328, the
18 lien will be void and not constitute an encumbrance on the
19 following described property:

> 12193 Wind River Circle, Moreno Valley, California 92557. This property is more particularly described as follows: LOT 61 OF TRACT NO. 18784-1, IN THE CITY OF MORENO VALLEY, COUNTY OF RIVERSIDE, STATE OF CALIFORNI, as per map recorded in Book 149, Pages 44 to 46 of Maps, in the office of the County Recorder of said County. Tax Map or Parcel ID No.: 479-515-006-5.

25 And it is further,

26

HSBC

ORDERED that the lien and any corresponding proof of claim shall be treated as a general unsecured creditor receiving nothing under the chapter 13 plan; and it is further,

ORDERED that upon completion of all plan payments and entry of a Chapter 13 discharge in this case, HSBC Finance Corporation and its successors and assigns, including but not limited to Beneficial are requested to reconvey the Deed of Trust and otherwise take such steps as are required to clear title, free of said lien, as to the above described property; and it is further,

ORDERED that should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. §1328, the lien shall remain valid.

DATED: 5/13/09

Thomas B. Donovan
United States Bankruptcy Judge

Order Stripping Lien of HSBC Finance Corporation

| In re:<br><br>Carl Anthony Thomas  and Yulanda Erdie Evette Thomas<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-15488-TD |
|---|---|

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __Order Stripping Lien of HSBC Finance Corporation/Beneficial on Real Property__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

| In re:<br><br>Carl Anthony Thomas and Yulanda Erdie Evette Thomas<br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-15488-TD |
|---|---|

## ADDITIONAL SERVICE INFORMATION (if needed):

| Served Electronically | Served by U.S. Mail |
|---|---|
| Rod Danielson<br>Ch 13 Trustee<br>images@rodan13.com<br><br>Peter C. Anderson<br>United States Trustee (RS)<br>ustpregion16.rs.ecf@usdoj.gov<br><br>Gregory J. Doan<br>Doan Law Firm<br>ecf@doanlawfirm.com | Hfc-ta<br>Attn.: Bankruptcy<br>961 Weigel Dr<br>Elmhurst, IL 60126<br><br>Beneficial California, Inc.<br>c/o Maria Borresen<br>PO Box 21188<br>Eagan, MN 55121<br><br>**Served via U.S. Certified Mail**<br><br>Brendan P. McDonagh (CEO)<br>HSBC North America Holdings Inc.<br>26525 N. Riverwoods Blvd.<br>Mettawa, IL 60045 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9021-1.1